NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY P. LANE,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5081

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00571-MCW, Judge Mary Ellen Coster Williams.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Anthony P. Lane files several motions seeking various forms of relief and an extension of time to file his opening brief. The United States responds. To the extent that Lane is arguing the merits of his case, those arguments belong in his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for an extension of time is granted.

(2)  The other pending motions are denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26